Phillip V. RANGE, Petitioner,

v.

DEPARTMENT OF INTERIOR,
Respondent.

No. 00–3324.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 13, 2001.

Before RADER, Circuit Judge,
PLAGER, Senior Circuit Judge, and DYK,
Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and
considered it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Ronald J. FARRELLY, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 00–3425.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 13, 2001.

Before LOURIE, RADER, and
GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.